# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTRAL UNITED LIFE INSURANCE CO., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> SYLVIA MATHEWS BURWELL, *et al.*, <br><br> *Defendants*. | Case No. 1:14-cv-01954 (RCL) <br> Hon. Royce C. Lamberth |

## JOINT STIPULATION FOR ENTRY OF JUDGMENT

In light of this Court's September 11, 2015 opinion and order granting plaintiffs' motion for a permanent injunction and the U.S. Court of Appeals for the D.C. Circuit's affirmance thereof on July 1, 2016, and without prejudice to any party's other claims, defenses, or other rights, the parties jointly stipulate to and request that the Court enter the attached proposed order, granting relief and directing entry of judgment in plaintiffs' favor on both counts in the complaint, with each side to bear its own costs and attorneys' fees.

| | |
|---|---|
| September 19, 2016 | Respectfully submitted, |
| BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General | /s/ *Quin M. Sorenson*<br>Quin M. Sorenson (Bar. No. 501292)<br>Tobias S. Loss-Eaton (Bar. No. D00360)<br>SIDLEY AUSTIN LLP<br>1501 K Street NW<br>Washington, DC 20005<br>Telephone: (202) 736-8000<br>Fax: (202) 736-8711<br>Email: qsorenson@sidley.com |
| CHANNING D. PHILLIPS<br>U.S. Attorney for the District of Columbia | |
| SHEILA M. LIEBER<br>Deputy Director, Federal Programs Branch | |
| /s/ *Steven A. Myers*<br>Steven A. Myers (NY Bar No. 4823043)<br>Trial Attorney<br>Federal Programs Branch<br>U.S. Department of Justice, Civil Division<br>Telephone: (202) 305-8648<br>Fax: (202) 616-8460<br>Email: Steven.A.Myers@usdoj.gov | *Counsel for Plaintiffs* |
| Mailing Address:<br>Post Office Box 883<br>Washington, DC 20044 | |
| Courier Address:<br>20 Massachusetts Ave.<br>Washington, DC 20001 | |
| *Counsel for Defendants* | |