# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTRAL UNITED LIFE INSURANCE CO., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>SYLVIA MATHEWS BURWELL, *et al.*,<br><br>*Defendants*. | Case No. 1:14-cv-01954 (RCL)<br>Hon. Royce C. Lamberth |

## [PROPOSED] ORDER

Upon the parties' joint stipulation for entry of judgment [ECF No. 39], it is hereby

**DECLARED** that the restrictions on the sales and marketing of fixed indemnity insurance plans set forth at 45 C.F.R. § 148.220 are invalid and unenforceable insofar as those restrictions prohibit or penalize the sale of such plans to anyone other than persons who attest that they have other health coverage that is "minimum essential coverage" within the meaning of § 5000A(f) of the Internal Revenue Code; and it is further

**ORDERED** that the Clerk enter judgment in favor of the plaintiffs on all counts in the complaint, with each side to bear its own costs and attorneys' fees.

2

So ordered this __ day of _____, 2016.

_____
Hon. Royce C. Lamberth
United States District Judge